**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HIRAM SEDANO, | ) |
| Plaintiff, | ) Case No. 2:11-cv-01144-JCM-PAL |
| vs. | ) **ORDER** |
| STATE OF NEVADA, et al., | ) |
| Defendants. | ) |

This matter is before the court on Plaintiff Hiram Sedano's Certificate of Interested Parties (Dkt. #8) filed August 1, 2011, which was filed pursuant to the court's Order (Dkt. #4) directing Plaintiffs to comply with Local Rule 7.1-1. Plaintiff's Certificate (Dkt. #8) lists the undersigned as a party with pecuniary (financial) or other interest in the outcome of this litigation. The court has reviewed the Complaint (Dkt. #1), and a conflict of interest is not apparent on its face.

Accordingly,

**IT IS ORDERED** that Plaintiff shall file a supplement to his Certificate of Interested Parties (Dkt. #8) to indicate why he believes the undersigned has an interest in the outcome of this litigation on or before **August 23, 2011.**

Dated this 9th day of August, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE