# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HIRAM C. SEDANO, et al.,

        Plaintiffs,

v.

STATE OF NEVADA, et al.,

        Defendants.

2:11-CV-1144 JCM (PAL)

**ORDER**

Presently before the court is defendants the State of Nevada, Attorney General Catherine Cortez Masto, and Deputy Attorney General Kimberly Okezie's motion to dismiss for lack of subject matter jurisdiction. (Doc. #9). Plaintiffs Hiram Sedano and Lidia Sedano have failed to file an opposition.[1]

Also before the court is defendant Brian Snyder's motion to dismiss for lack of subject matter jurisdiction. (Doc. #13). Plaintiffs have failed to file an opposition.

Also before the court is plaintiffs' motion for default judgment against defendants. (Doc. #12). Defendant Brian Snyder has responded (doc. #14) and defendants the State of Nevada, Attorney General Cortez, and Deputy Attorney General Okezie have responded (doc. #16). Plaintiff

---

[1] As explained more fully above, the court is interpreting plainitff's counter motion to dismiss for lack of subject matter jurisdiction as an opposition to document 9.

**James C. Mahan**
**U.S. District Judge**

1  did not file a reply.[2]

2  Plaintiffs have also filed a counter motion for default judgment (doc. #17) and a counter
3  motion to dismiss for lack of subject matter jurisdiction (doc. #18).  The court believes plaintiffs,
4  who are proceeding pro se, intended the counter motion for default judgment to serve as a reply to
5  documents 14 and 16, and the counter motion to dismiss as a response to document 9.  The court will
6  consider the counter motions accordingly.

7  The court finds that there is no federal question appearing on the face of the complaint.
8  Additionally, plaintiffs have failed to establish that diversity jurisdiction is proper.

9  Accordingly,

10  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that defendant State of
11  Nevada, Attorney General Cortez, and Deputy Attorney General Okezie's motion to dismiss for lack
12  of subject matter jurisdiction (doc. #9) be, and the same hereby is, GRANTED.

13  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that defendant Brian Snyder's
14  motion to dismiss for lack of subject matter jurisdiction (doc. #13) be, and the same hereby is,
15  GRANTED.

16  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that plaintiffs motion for
17  entry of default judgment (doc. #12) be, and the same hereby is, DENIED.

18  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the clerk of court correct
19  the docket to reflect that plaintiff's counter motion for default judgment (doc. #17) is plaintiff's reply
20  to documents 14 and 16.

21  . . .
22  . . .
23  . . .
24  . . .
25  . . .

---

27  [2] As explained more fully above, the court is interpreting plaintiff's counter motion for default
28  judgment as a reply to documents 14 and 16.

**James C. Mahan**
**U.S. District Judge**

- 2 -

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the clerk of court correct the docket to reflect that plaintiff's counter motion to dismiss (doc. #18) is plaintiff's opposition to document 9 and document 21 is defendants' reply thereto.

DATED September 6, 2011.

_____
UNITED STATES DISTRICT JUDGE